United States District Court
Southern District of Texas
**ENTERED**
May 21, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **VILAYLACK HONGVILAY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:23-CV-00083** |
| | § | |
| **CHARGER LOGISTICS USA, INC.,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Plaintiff Vilaylack Hongvilay, Individually and as Representative of the Estate of Khamphout Senesanouk, and Defendants Charger Logistics USA, Inc., and Ahemd Hamdoon, filed a Stipulation of Dismissal Pursuant [to] Fed. R. Civ. P. 41(a), which the Court construes as a self-effectuating joint stipulation of dismissal under Rule 41(a)(1)(A)(ii). (Dkt. 13.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The filing is signed by counsel for all parties. (Dkt. 13.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). It notifies the Court the action is dismissed without prejudice and that all parties are to pay their own costs. (Dkt. 13.) *See* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this May 21, 2024.

Diana Saldaña
United States District Judge